Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Hazel L. Tyiska

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAZEL L. TYISKA, | ) Case No.: CV 11-3957-MAN |
| Plaintiff, | ) [PROPOSED] ORDER AWARDING |
| vs. | ) EQUAL ACCESS TO JUSTICE ACT |
| | ) ATTORNEY FEES AND EXPENSES |
| MICHAEL J. ASTRUE, | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| Commissioner of Social Security, | ) AND COSTS PURSUANT TO 28 |
| | ) U.S.C. § 1920 |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses ("Stipulation"):

IT IS ORDERED that fees and expenses in the amount of $3,400.00 as authorized by 28 U.S.C. § 2412 shall be awarded subject to the terms of the Stipulation.

DATE:  August 27, 2012

*Margaret A. Nagle*

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE