1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Hazel L. Tyiska

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 HAZEL L. TYISKA,                )  Case No.: CV 11-3957-MAN
                                   )
12         Plaintiff,               )  [PROPOSED] ORDER AWARDING
                                   )  EQUAL ACCESS TO JUSTICE ACT
13     vs.                         )  ATTORNEY FEES AND EXPENSES
                                   )  PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,              )  AND COSTS PURSUANT TO 28
   Commissioner of Social Security,)  U.S.C. § 1920
15                                 )
           Defendant               )
16                                 )
   _____ )

17
       Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses ("Stipulation"):
19
       IT IS ORDERED that fees and expenses in the amount of $3,400.00 as
20
   authorized by 28 U.S.C. § 2412 shall be awarded subject to the terms of the
21
   Stipulation.
22
   DATE:  August 27, 2012         *Margaret A. Nagle*
23
                                   _____
24                                    MARGARET A. NAGLE
                                   UNITED STATES MAGISTRATE JUDGE
25

26

-1-